UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

KENNETH WARSHALL,

Defendant.

STIPULATION, AGREEMENT, AND ORDER

The United States and the defendant stipulate and agree that the defendant received a citation for removing timber, tree, or other forest product (Violation Number: FAON001J; Location: WZ20). Pursuant to Fed. R. Crim. P. 58(d), the defendant agrees not to contest the violation and to pay $230 on or before July 20, 2020, with a check or money order to the Central Violations Bureau, P.O. Box 780549, San Antonio, TX 78278 or through the online payment system at www.cvb.uscourts.gov.  In exchange, on payment of the fine noted above, the United States will dismiss any other currently-pending Western District of Wisconsin citations against the defendant that are known to this U.S. Attorney's Office.  The defendant understands that the Court will sign this Stipulation, Agreement, and Order and that failing to pay the agreed fine amount could subject the defendant to contempt charges and arrest.

/s/
CHAD ELGERSMA
Assistant United States Attorney

KENNETH WARSHALL
Defendant

Defendant signature

January 22, 2020

Upon receipt of this agreement, it is ORDERED that the defendant pay the amount required under this agreement.

STEPHEN L. CROCKER         Date
United States Magistrate Judge